# MINUTE ORDER

Page 7

## Chief Magistrate Judge John J. O'Sullivan

Atkins Building Courthouse - 5th Floor     Date: 11/7/2019    Time: 1:30 p.m.

Defendant: JOSE CARLOS RIOS MARTINEZ   J#: 18456-104   Case #: 18-20044-CR-GAYLES

AUSA: Monique Botero    Attorney: _____

Violation: CONSP/DISTR/COCAINE KNOWING IT WOULD IMPORT INTO U.S./CONSP/PWID COCAINE ON BOARD VESSEL    Surr/Arrest Date: 11/6/2019   YOB: 1986

Proceeding: Initial Appearance    CJA Appt: Emmanuel Perez

Bond/PTD Held: ○ Yes ○ No    Recommended Bond:

Bond Set at: _____    Co-signed by: _____

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services / Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: Spanish

Disposition:
AFPD CONFLICT
A sworn.
CJA cnsl to be apptd.
Govt-ptd.

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel: _____
PTD/Bond Hearing: 11/12 X / 10 AM
Prelim/Arraign or Removal: 11/12 10AM
Status Conference RE: _____

D.A.R. 13:57:47     Time in Court: 3

s/John J. O'Sullivan     Chief Magistrate Judge