# COURT MINUTES

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5      Date: 11/12/19    Time: 10:00 a.m.

Defendant: Jose Carlos Rios Martinez    J#: 18456-104    Case #: 18-20044-CR-GAYLES

AUSA: Michael Homer      Attorney: Emmanuel Perez, CJA

Violation: Consp to Distribute Cocaine Knowing it would be Imported into the US, Consp to PWID Cocaine

Proceeding: Pretrial Detention, Arraignment     CJA Appt:

PTD Held: ☐ Yes ☑ No    Recommended Bond:

**Bond Set** $250,000 corporate surety with nebbia    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Language: Spanish

Disposition:
The parties STIPULATE to bond with
the right to revisit (NO HEARING HELD)
Defendant Arraigned

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:49:45      Time in Court: 2