UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 18-20044-CR-GAYLES

v.

JOSE CARLOS RIOS MARTINEZ,
      DEFENDANT,
_____/

## MOTION FOR CONTINUANCE OF TRIAL SET FOR JANUARY 21, 2020

Defendant, JOSE CARLOS RIOS MARTINEZ, files this Joint Motion for Continuance of Trial presently set for January 21, 2020 and in support thereof states as follows:

1. Trial is scheduled for January 21, 2020.

2. Defendant has been de-briefed. However, several additional meetings will be required over the next several weeks.

3. These sessions are important in terms of the defendant's acceptance of responsibility, safety valve eligibility and other potential reductions at sentencing.

4. Defendant needs an additional sixty (60) days until March 21, 2020.

5. Undersigned advised AUSA Yeney Hernandez as to this motion and Ms. Hernandez informs that The Government does not object to the granting of this motion.

WHEREFORE, Defendant respectfully requests that this Court grant a continuance of the trial that is presently scheduled for January 21, 2019 and any other relief this Court deems just and proper.

Respectfully submitted,

/s/ Emmanuel Perez

_____

Emmanuel Perez, Esquire
Fla. Bar No. 586552
Emmanuel Perez & Associates, P.A.
901 Ponce De Leon Boulevard, Suite 101
Coral Gables, Florida 33134
Tel: (305) 442-7443
Email: courtmail@lawperez.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/EFC which sent e-mail notification of such filing to all CM/EFC participants in this case on this 2nd day of January 2019.

By: ___/s/ EMMANUEL PEREZ___
    EMMANUEL PEREZ
    F.B.N. 586552