UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 18-20044-CR-GAYLES

v.

JOSE CARLOS RIOS MARTINEZ,
                    Defendant,
_____/

## MOTION FOR CONTINUANCE OF THE CHANGE OF PLEA HEARING SET FOR APRIL 20, 2020

Defendant, JOSE CARLOS RIOS MARTINEZ, files this Joint Motion for Continuance

of the Change of Plea Hearing presently set for April 20, 2020 and in support thereof states as

follows:

1.     Change of Plea is currently scheduled for April 20, 2020.

2.     Due to COVID-19 Virus outbreak, undersigned counsel is requesting a

continuance of the change of plea hearing for some time in May.

3.     Undersigned advised AUSA, Yeney Hernandez as to this motion and Ms.

Hernandez informs that The Government does not object to the granting of this

motion.

WHEREFORE, Defendant respectfully requests that this Court grant a continuance of the

change of plea hearing that is presently scheduled for April 20, 2020 and any other relief this

Court deems just and proper.

Respectfully submitted,

/s/ Emmanuel Perez

_____

Emmanuel Perez, Esquire
Fla. Bar No. 586552
Emmanuel Perez & Associates, P.A.
901 Ponce De Leon Boulevard, Suite 101
Coral Gables, Florida 33134
Tel: (305) 442-7443
Email: courtmail@lawperez.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of

the Court using CM/EFC which sent e-mail notification of such filing to all CM/EFC participants

in this case on this 25th day of March 2020.

By: ___/s/ EMMANUEL PEREZ__
            EMMANUEL PEREZ
            F.B.N. 586552